AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00572 |
| Jonathon Owen Shroyer (AKA: Jonathan Owen Shroyer) | ) Assigned to: Judge Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign Date: 8/19/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D) and (E) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Clarke Burns, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  08/19/2021

_____
Judge's signature

City and state:  Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title