AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| OWEN SHROYER | ) |
| *Defendant* | ) |

Case No.    1:21-mj-0057

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OWEN SHROYER

Date:      08/25/2021

/S/ NORMAN A. PATTIS
*Attorney's signature*

Norman A. Pattis (Bar #: CT0013)
*Printed name and bar number*
PATTIS & SMITH LLC
383 ORANGE STREET, FIRST FLOOR
NEW HAVEN, CT 06511

*Address*

npattis@pattisandsmith.com
*E-mail address*

(203) 393-3017
*Telephone number*

(203) 393-9745
*FAX number*