# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1-21-mj-00542 |
| JONATHAN OWEN SHROYER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JONATHAN OWEN SHROYER

Date: 09/01/2021

/s/ Norman A. Pattis /s/
*Attorney's signature*

NORMAN A. PATTIS (CT0013)
*Printed name and bar number*
PATTIS & SMITH, LLC
383 ORANGE STREET, FIRST FLOOR
NEW HAVEN, CT 06511

*Address*

npattis@pattisandsmith.com
*E-mail address*

(203) 393-3017
*Telephone number*

(203) 393-9745
*FAX number*