UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Dkt. No.: 1:21-cr-00542-TJK |
| v. | : | |
| | : | |
| JONATHAN OWEN SHROYER, | : | October 14, 2021 |

## MOTION TO DISMISS CRIMINAL CHARGES

Pursuant to Federal Rule of Criminal Procedure 12 and Local Criminal Rule 47, the Defendant, Jonathan Owen Shroyer, hereby moves the Court to dismiss the four-count information against him in its entirety and to hold a hearing pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978). A statement of points and authorities is attached as required by Local Criminal Rule 47(a).

THE DEFENDANT
/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com

**PROPOSED ORDER**

The Court hereby orders that:

1. Count One of the Information against Jonathan Owen Shroyer be dismissed with prejudice;

2. Count Two of the Information against Jonathan Owen Shroyer be dismissed with prejudice;

3. Count Three of the Information against Jonathan Owen Shroyer be dismissed with prejudice; and

4. Count Four of the Information against Jonathan Owen Shroyer be dismissed with prejudice.

**GRANTED/DENIED**

Dated: _____                 _____
                                           USDJ

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Norman A. Pattis /s/