UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-542 (TJK) |
| **JONATHAN OWEN SHROYER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Kimberly Paschall. AUSA Kimberly Paschall will be substituting for AUSA Thomas Strong.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: _____
KIMBERLY PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
United States Attorney's Office
District of Columbia
Office No. (202) 252-2650
Kimberly.Paschall@usdoj.gov

## CERTIFICATE OF SERVICE

On this 21st day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

_____
KIMBERLY PASCHALL
Assistant United States Attorney