# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-cr-542 |
| | : | |
| **v.** | : | |
| | : | |
| **JONATHON OWEN SHROYER,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
TROY A. EDWARDS, JR.
N.Y. Bar No. 5453741
Kimberly Paschall
Assistant United States Attorneys
U.S. Attorney's Office, District of Columbia
555 4th Street NW,
Washington, D.C. 20530
Troy.Edwards@usdoj.gov
(202) 252-7081