UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00542-TJK |
| | : | |
| v. | : | |
| | : | |
| OWEN SHROYER | : | MARCH 7, 2022 |

## DEFENDANT'S MOTION FOR CONTINUANCE

The defendant, through counsel, requests a continuance of 30 days of the hearing set for March 8 at 2:00 p.m.

In support hereof, the undersigned represents as follows:

- I am counsel for Owen Shroyer in the instant matter.

- I am required to travel out of state tomorrow and will be unavailable.

- Additionally, I am preparing a motion to dismiss that will not be ready for filing until March 21, 2022.

The undersigned has sent a draft of the above to counsel for the Government. Upon information and belief, the Government consents to this extension.

THE DEFENDANT

By:_____/s/_____
NORMAN A. PATTIS
Federal Bar No. ct13120
383 Orange Street
New Haven, CT 06511
203-393-3017
203-393-9745
NPATTIS@pattisandsmith.com

1

**<u>CERTIFICATION</u>**

  This is to certify that on March 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

        <u>/s/ NORMAN A. PATTIS/s</u>