UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00542-TJK |
| | : | |
| v. | : | |
| | : | |
| OWEN SHROYER | : | April 5, 2022 |

## **DEFENDANT'S MOTION FOR CONTINUANCE**

The defendant, through counsel, requests a continuance of 30 days of the hearing set for April 7, 2022 and for the deadline for him to file a motion to dismiss.

In support hereof, the undersigned represents as follows:

- I am counsel for Owen Shroyer in the instant matter.

- The undersigned and the United States have had engaged in ongoing discussions about how to resolve this case. The parties need additional time to complete those discussions.

- The undersigned also needs additional time to prepare the defendant's motion to dismiss.

- The undersigned has conferred with the United States, which consents to the granting of this motion.

Wherefore the undersigned moves the Court to continue the hearing scheduled for April 7, 2022 until May 9, 2022 as well as the deadline for the undersigned to file a motion to dismiss until May 9, 2022.

1

                                    THE DEFENDANT

                                    By:_____/s/_____
                                    NORMAN A. PATTIS
                                    Federal Bar No. ct13120
                                    383 Orange Street
                                    New Haven, CT 06511
                                    T: 203-393-3017
                                    F: 203-393-9745
                                    NPATTIS@pattisandsmith.com

## **CERTIFICATION**

This is to certify that on April 5, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

                            /s/ NORMAN A. PATTIS /s