## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Dkt. No.: 1:21-cr-00542-TJK |
| v. | : |
| | : |
| JONATHAN OWEN SHROYER, | : May 6, 2022 |

### DEFENDANT'S SECOND MOTION TO DISMISS CRIMINAL CHARGES

Pursuant to Federal Rule of Criminal Procedure 12 and Local Criminal Rule 47, the Defendant, Jonathan Owen Shroyer, hereby moves the Court to dismiss all four counts of the information. A journalist, Mr. Shroyer was arrested and charged criminally for engaging in Constitutionally-protected activity: attending and reporting on a protest. A statement of points and authorities is attached as required by Local Criminal Rule 47(a).

                                                    THE DEFENDANT
                                                    /s/ Norman A. Pattis /s/
                                                    NORMAN A. PATTIS, ESQ.
                                                    PATTIS & SMITH, LLC
                                                    383 Orange Street
                                                    New Haven, CT 06511
                                                    Tel:  (203) 393-3017
                                                    Fax: (203) 393-9745
                                                    npattis@pattisandsmith.com

## **PROPOSED ORDER**

The Court hereby orders that:

1. Count One of the Information against Jonathan Owen Shroyer be dismissed with prejudice;

2. Count Two of the Information against Jonathan Owen Shroyer be dismissed with prejudice;

3. Count Three of the Information against Jonathan Owen Shroyer be dismissed with prejudice; and

4. Count Four of the Information against Jonathan Owen Shroyer be dismissed with prejudice.

**GRANTED/DENIED**

Dated: _____          _____
                                                                            USDJ

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Norman A. Pattis /s/