## DRAFT AFFIDAVIT OF JON OWEN SHROYER

1. I am over the age of eighteen and I understand the meaning and obligations of an oath.
2. I have been an employee of Free Speech Systems, LLC, d/b/a/ Infowars, since 20_16_.
3. Infowars is an alternative opinion and information source broadcasting on radio, television and Internet with viewers/listeners worldwide.
4. The founder of Infowars, its primary on-air personality, and my boss, is Alex Jones.
5. Since 20_17_, I have been host of a daily broadcast on Infowars known as the War Room.
6. I accompanied Mr. Jones and other employees of Infowars to Washington, D.C. for the express purpose of attending and covering the "Stop the Steal" rally to protest the election results of the 2020 election.
7. While in Washington, D.C. on January 6, I accompanied Mr. Jones to the podium at which President Donald Trump was speaking. It was my understanding that we were to follow Mr. Trump from there to the Capitol.
8. Mr. Jones and I were accompanied by a security detail comprised of fellow Infowars employees and off-duty police officers. We traveled together as a group, with Mr. Jones and I walking within a perimeter established by our security team.
9. When Mr. Trump did not appear to lead our group, I followed Mr. Jones and the security detail from the podium, traveling in the direction of the Capitol building.
10. At no point as we walked this route did I see impediments or barriers of any kin suggestion that we were not free to enter the grounds.
11. When the crowd began to appear to be unruly, Mr. Jones tried to deter others from behaving in a disorderly manner. I accompanied Mr. Jones and the security team.
12. We approached the steps of the Capitol Building and saw a line of police officers on the steps. One of the security team members urged officers to let Mr. Jones address the crowd in an effort to persuade people to engage in peaceful protest.
13. None of the officers told us were trespassing or otherwise on grounds to which we were not entitled to be.
14. One of the officers directed us toward an entrance to the Capitol Building where the crowd seemed more concentrated and there were steps leading directly into the building.
15. I walked with Mr. Jones up several steps and stood near him as he addressed the crowd from a bullhorn urging them to leave the area and behave peacefully.
16. After Mr. Jones stopped speaking, we left the area.
17. I never entered the Capitol Building.
18. My intention in accompanying Mr. Jones was, in substantial part, to report on my observations to our millions of listeners and viewers worldwide.

Owen Shroyer

Subscribed to and sworn before this __5__ day of May, 2022.

_____



