UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-542-TJK |
| v. | : | |
| | : | |
| JONATHON OWEN SHROYER | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR
CONTINUANCE OF AUGUST 1, 2022 STATUS HEARING**

The United States respectfully requests the Court continue the motion and status hearing, presently set for August 1, 2022, until August 22, 2022. At the last hearing, the Court had asked that the parties update Chambers prior to the August 1st status as to whether the parties would like to argue the pending motion on August 1, 2022. The parties believe that we can make meaningful progress towards either a disposition or setting this case for trial by August 22, 2022, and therefore request a continuance of the hearing until that time. The government has conferred with Norm Pattis, counsel for defendant Jonathon Owen Shroyer, who does not oppose this motion, and agrees that exclusion of time under the Speedy Trial Act until August 22, 2022 would be in the interests of justice.

WHEREFORE, the Government respectfully moves to continue the status hearing and toll time under the Speedy Trial Act until August 22, 2022.

Dated: July 25, 2022

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY: \_\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov

2