UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00542-TJK |
| | : | |
| v. | : | |
| | : | |
| OWEN SHROYER | : | January 23, 2023 |

## **DEFENDANT'S CONSENT MOTION FOR CONTINUANCE**

The defendant, through counsel, requests a continuance of 30 days for the Status Conference set for January 27th, 2023. In support hereof, the undersigned represents as follows:

- The undersigned is counsel for Owen Shroyer in the instant matter.
- The undersigned is in trial.
- Conversations between the Government and defense have not reached a point where a hearing would be efficacious.
- The Government consents to this request.
- Mr. Shroyer is requesting that he not be required to come to Washington this week.

Wherefore the undersigned moves the Court to continue the hearing scheduled for January 27th, 2023 until February 28th, 2023.

1

                                        THE DEFENDANT

                                        By:      /s/
                                        NORMAN A. PATTIS
                                        Federal Bar No. ct13120
                                        383 Orange Street
                                        New Haven, CT 06511
                                        T: 203-393-3017
                                        F: 203-393-9745
                                        NPATTIS@pattisandsmith.com

## **CERTIFICATION**

This is to certify that on January 23rd, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

                                    /s/ NORMAN A. PATTIS /s