UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-542-TJK |
| v. : | |
| : | |
| JONATHON OWEN SHROYER : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR
CONTINUANCE OF MARCH 17, 2023 STATUS HEARING**

  The United States respectfully requests the Court continue the status hearing, presently set for March 17, 2023, until either April 17 or 18, 2023, as available on the Court's calendar. Both government counsel and defense counsel have been in trials—one before this Court—over the last several weeks, and therefore need additional time to review the potential disposition in this matter and negotiate any specifics therein. The parties believe that we can set the case for disposition at the next hearing, and therefore request a continuance of the hearing until that time. The government has conferred with Norm Pattis, counsel for defendant Jonathon Owen Shroyer, who does not oppose this motion, and agrees that exclusion of time under the Speedy Trial Act until April 17 or 18, 2023, would be in the interests of justice.

  WHEREFORE, the Government respectfully moves to continue the status hearing and toll time under the Speedy Trial Act until the date of the next hearing, either April 17, 2023 or April 18, 2023.

Dated: March 14, 2023

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

        D.C. Bar No. 481052

BY:   /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
National Security Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov