UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-542 (TJK) |
| v. : | |
| : | |
| JONATHAN OWEN SHROYER, : | |
| : | |
| Defendant : | |

**GOVERNMENT'S SENTENCING EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of the following exhibits in support of the government's sentencing memorandum. The government has uploaded these exhibits for defense counsel and Chambers to the USAfx platform:

EX 1 Nov 13 News2Share Million Maga Eve.mp4

EX 2 Nov 13 Shroyer Social Media Views.mp4

EX 3 Nov 14 News2Share.mp4

EX 4 InfoWars November 18 2020.mp4

EX 5 InfoWars December 31 2020.mp4

EX 6 January 5 InfoWars.mp4

EX 7 banned-video InfoWars Call In.mp4

EX 8 Jan 5 Speech Freedom Plaza.mp4

EX 9 banned-video January 6 Pennsylvania Ave.mp4

EX 10 Parler Video West Front.mp4

EX 11 Body Guard Body Cam.mp4

EX 12 East Side Capitol Building.mp4

EX 13 January 6 Broadcast.mp4

EX 14 InfoWars January 8.mp4

EX 15 May 17 InfoWars Proud of J6.mp4

EX 16 Aug 20 InfoWars.mp4

EX 17 givesendgo.com.pdf

The government respectfully requests that these exhibits be made part of the record in this case.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                    UNITED STATES ATTORNEY
                                    D.C. Bar No. 481052

                                  BY: ___/s/_____
                                    KIMBERLY L. PASCHALL
                                    Assistant United States Attorney
                                    National Security Section
                                    D.C. Bar No. 1015665
                                    601 D Street, N.W.,
                                    Washington, D.C. 20530
                                    202-252-2650
                                    Kimberly.Paschall@usdoj.gov