# Norm Pattis

| | |
|---|---|
| From: | Jamison Koehler <jkoehler@koehlerlaw.net> |
| Sent: | Friday, February 5, 2021 5:35 PM |
| To: | Wang, Andy (USADC); Dunn, Edward (USADC) |
| Cc: | Norm Pattis; Norman Pattis |
| Subject: | Jonathon Shroyer, 2020 CMD 000820 |
| Attachments: | Community Service Shroyer.pdf |

Gentlemen!

Consistent with his DPA, Mr. Shroyer has completed his 32 hours of community service. See atttachment. And he has not picked up a new arrest or otherwise violated the terms of his agreement with the government.

Would you please consider dismissing the case?

Best, Jamison Koehler

--
Koehler Law
503 D Street, NW, Suite 300
Washington, DC 20001
jkoehler@koehlerlaw.net
www.koehlerlaw.net
Tel 202-549-2374
Fax 202-315-3939

NOTICE: The contents of this email may contain confidential and/or legally privileged information. This information is intended for use by the intended recipient only. If you have received this email in error, please notify us immediately.

# District of Columbia Superior Court
# Community Service Program Attendance Log Sheet

## The Week of:

SITE NAME: Sinai Pentacostal Church
SITE ADDRESS AND PHONE NUMBER: 208 Lincoln St   512-353-0246

| DATE | NAME PLEASE PRINT CLEARLY | DATE OF BIRTH | Case # | TIME IN | TIME OUT | HOURS COMPLETED | SITE SIGNATURE/INITIAL |
|---|---|---|---|---|---|---|---|
| 1-19-21 | Jonathon Shroyer | 6/28/99 | 2020CMD826 | 8a | 12p | 4 | Sam Montoya |
| 1-21-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 1-22-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 1-23-21 | | | | 8a | 1p | 5 | Sam Montoya |
| 2-1-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 2-3-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 2-4-21 | | | | 8a | 1p | 5 | Sam Montoya |

Email Address: CriminalCommunityServices@dcsc.gov
Fax Number: 202-879-4337

# Norm Pattis

| | |
|---|---|
| **From:** | Norm Pattis |
| **Sent:** | Tuesday, February 23, 2021 10:15 AM |
| **To:** | genconsult2020@gmail.com; Bailen, Mark |
| **Cc:** | Owen Shroyer |
| **Subject:** | Fwd: Jonathon Shroyer, 2020 CMD 000820 |
| **Attachments:** | Preservation Letter.pdf |

Begin forwarded message:

**From:** "Wang, Andy (USADC)" <Andy.Wang@usdoj.gov>
**Subject: RE: Jonathon Shroyer, 2020 CMD 000820**
Date: February 22, 2021 at 5:43:39 PM EST
**To:** Jamison Koehler <jkoehler@koehlerlaw.net>
**Cc:** Norm Pattis <NPattis@pattisandsmith.com>, Norman Pattis <Napatty1@aol.com>, "Eckert, Emily T. (WF) (FBI)" <eteckert@fbi.gov>, "Clark, Sean P. (WF) (FBI)" <spclark@fbi.gov>

Hi Messrs. Koehler and Pattis:

Thanks for your email. The government is unable to consider dismissing the case. Anyone who was on Capitol Grounds on January 6, 2021, including Mr. Shroyer, is under investigation. (In any case, as an aside, I'll note that the timesheet you sent appears to reflect that Mr. Shroyer has done only 30/32 hours for the DPA).

Additionally, please find attached a formal demand for the preservation of records. I would appreciate a response confirming receipt. This request has been sent concurrently to Mr. Taube in a separate email.

Thank you,

Andy Wang
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530
202.870.4940

**From:** Jamison Koehler <jkoehler@koehlerlaw.net>
**Sent:** Friday, February 5, 2021 5:35 PM
**To:** Wang, Andy (USADC) <AWang@usa.doj.gov>; Dunn, Edward (USADC) <EDunn@usa.doj.gov>
**Cc:** Norm Pattis <NPattis@pattisandsmith.com>; Norman Pattis <Napatty1@aol.com>
**Subject:** Jonathon Shroyer, 2020 CMD 000820

Gentlemen!

1

Consistent with his DPA, Mr. Shroyer has completed his 32 hours of community service. See atttachment. And he has not picked up a new arrest or otherwise violated the terms of his agreement with the government.

Would you please consider dismissing the case?

Best, Jamison Koehler

--
Koehler Law
503 D Street, NW, Suite 300
Washington, DC 20001
jkoehler@koehlerlaw.net
www.koehlerlaw.net
Tel 202-549-2374
Fax 202-315-3939

NOTICE: The contents of this email may contain confidential and/or legally privileged information. This information is intended for use by the intended recipient only. If you have received this email in error, please notify us immediately.

Exhibit C

**District of Columbia Superior Court**
**Community Service Program Attendance Log Sheet**
**The Week of:**

SITE NAME: Sinai Pentacostal Church
SITE ADDRESS AND PHONE NUMBER: 208 Loredo St   512-353-0246

| DATE | NAME PLEASE PRINT CLEARLY | DATE OF BIRTH | Case # | TIME IN | TIME OUT | HOURS COMPLETED | SITE SIGNATURE/INITIAL |
|---|---|---|---|---|---|---|---|
| 1-19-21 | Jonathon Shroyer | 6/28/99 | 2020CMO820 | 8a | 12p | 4 | Sam Montoya |
| 1-21-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 1-22-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 1-23-21 | | | | 8a | 1p | 5 | Sam Montoya |
| 2-1-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 2-3-21 | | | | 8a | 12p | 4 | Sam Montoya |
| 2-4-21 | | | | 8a | 1p | 5 | Sam Montoya |
| 3-2-21 | | | | 9am | 11am | 2 | Sam Montoya |

Email Address: CriminalCommunityServices@dcsc.gov
Fax Number: 202-879-4337