# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 1:21-CR-00542 (TJK)
)
Jonathan Owen Shroyer )

## NOTICE OF APPEAL

Name and address of appellant: Jonathan Owen Shroyer
c/o Norm Pattis, Esq.
383 Orange St.
New Haven, CT 06524

Name and address of appellant's attorney: Norman A. Pattis, Esq.
Pattis & Associates, LLC
383 Orange Street
New Haven, CT 06511

Offense: 18 USC §1752(1)(1)

Concise statement of judgment or order, giving date, and any sentence:

Imposition of a 60-day sentence of incarceration on September 12, 2023.

Name and institution where now confined, if not on bail:
-pending assignment by Bureau of Prisons

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

SEPT. 19, 2023
DATE

/s/ Owen Shroyer /s/
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [✓]

Does counsel wish to appear on appeal?   YES [✓]   NO [ ]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]