UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:21-cr-00542-TJK |
| | : | |
| v. | : | |
| | : | |
| OWEN SHROYER | : | January 10, 2025 |

## MOTION FOR RETURN OF PROPERTY

The defendant, through counsel, respectfully requests the return of client's passport. Mr. Shroyer has served his sentence, and we have been advised that we need a court order for the return of his passport.

Wherefore the undersigned moves the Court for an Order of the return of said passport to Mr. Shroyer.

                    THE DEFENDANT

                    **By:   /s/    Norman A. Pattis, Esq.**
                    NORMAN A. PATTIS
                    PATTIS & PAZ, LLC
                    Federal Bar No. ct13120
                    383 Orange Street
                    New Haven, CT 06511
                    T: 203-393-3017
                    F:203-393-9745
                    npattis@pattispazlaw.com

## **CERTIFICATION**

This is to certify that on January 10, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       ***/s/   Norman A. Pattis***